UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNTZ, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHEAST INDUSTRIAL BOLTING AND TORQUE, LLC,<br><br>　　　　　Defendant. | Case No. 3:15-cv-04538-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND AWARDING ATTORNEYS' FEES AND COSTS**<br><br>Re: Dkt. No. 33 |

　　　The Court has reviewed Magistrate Judge Maria-Elena James's report and recommendation. Dkt. No. 33. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

　　　The Court agrees with Magistrate Judge James's well-reasoned recommendations that this is an exceptional case under 15 U.S.C. § 1117(a) and that that the requested costs are allowable under Civil Local Rule 54-3.

　　　The Court consequently adopts the report and recommendation of Magistrate Judge James in full, and orders that plaintiff Mountz, Inc. may recover $44,050 in attorneys' fees and $569.95 in costs from defendant Northeast Industrial Bolting and Torque, LLC.

　　　**IT IS SO ORDERED.**

Dated: February 28, 2017

　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge